**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 16-81197-CIV-BLOOM**

ELECTRONIC COMMUNICATIONS TECHNOLOGIES, LLC, a Florida limited liability company,

Plaintiff,

v.

BEL-BORN MANAGEMENT CORPORATION D/B/A THE VILLAGE HAT SHOP, a California corporation

Defendant.
_________________________________________/

**NOTICE OF SETTLEMENT**

Defendant, BEL-BORN MANAGEMENT CORPORATION D/B/A THE VILLAGE HAT SHOP, by and through undersigned counsel, hereby gives notice that the parties have reached a settlement in principle on all pending claims in this action. The parties have agreed to file a Status Report if a dismissal is not filed within twenty (20) days.

Dated: August 18, 2016

Respectfully submitted,

/s/ Joshua D. Martin
Joshua D. Martin, Esq.
Florida Bar No.: 028100
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017

*Attorney for Defendant, Bel-Born Management Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 18th day of August 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Joshua D. Martin
Joshua D. Martin

## SERVICE LIST

***ELECTRONIC COMMUNICATION TECHNOLOGIES, LLC v. BEL-BORN MANAGEMENT CORPORATION D/B/A THE VILLAGE HAT SHOP***
**CASE NO. 16-81197-CIV-BLOOM**

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017

**Eric N. Assouline**
E-Mail: ena@assoulineberlowe.com
**Greg M. Popowitz**
E-Mail: gmp@assoulineberlowe.com
ASSOULINE & BERLOWE, P.A.
213 E. Sheridan Street, Suite 3
Dania Beach, FL 33004
Telephone: (954) 929-1899
Facsimile: (954) 922-6662

**Peter A. Koziol**
E-Mail: pak@assoulineberlowe.com
ASSOULINE & BERLOWE, P.A.
1801 N. Military Trail
Suite 160
Boca Raton, FL 33431
Telephone: (561) 361-6566
Facsimile: (561) 361-6466